IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN F. CURRAN, III | : | CIVIL ACTION NO. 1:11-cv-2127 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| CARBON SPYDER, *et al.* | : | |
| | : | |
| Defendants | : | |

**O R D E R**

Before the court in the captioned action is a July 28, 2014 Report and Recommendation of the Magistrate Judge.  No timely objections have been filed.

Accordingly, this 18th day of September 2014, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Schwab.

2) Defendant Mitchell's dismissal motion (Doc. No. 71) is DENIED.

3) The case is referred back to Magistrate Judge Schwab for further pretrial management and resolution of any future pending motions.

*s/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court