IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN F. CURRAN, III** | **:** | **CIVIL ACTION NO. 1:11-cv-2127** |
| | **:** | |
| **Plaintiff** | **:** | **(Judge Kane)** |
| | **:** | **(Magistrate Judge Schwab)** |
| **v.** | **:** | |
| | **:** | |
| **CARBON SPIDER, LLC**, *et al.* | **:** | |
| | **:** | |
| **Defendants** | **:** | |

## O R D E R

Before the court in the captioned action is a November 9, 2015 Report and Recommendation of the Magistrate Judge.   No timely objections have been filed.

Accordingly, this 2nd day of December 2015, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 126) of Magistrate Judge Schwab.

2)  Plaintiff's motion for default judgment (Doc. No. 115) is **DENIED**.

3)  Defendants' motion to strike (Doc. No. 118) is **DENIED AS MOOT**.

4)  The case is referred back to Magistrate Judge Schwab for further pretrial management and resolution of any future pending motions.

*s/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court