IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN F. CURRAN, III | : | CIVIL ACTION NO. 1:11-cv-2127 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| CARBON SPIDER, LLC and | : | |
| JOHN L. MITCHELL | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the court in the captioned action is the June 15, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, this 15th day of July 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 142) of Magistrate Judge Schwab.

2) Defendants' motion (Doc. No. 129) for summary judgment is **GRANTED**.

3) The Clerk of Court shall close the case.

*s/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court